NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONNIE LAMAR JONES,                )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D18-1239
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____    )

Opinion filed October 17, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hardee County; Donald G. Jacobsen,
Judge.

PER CURIAM.

          Affirmed.  See Fla. R. App. P. 9.315; Carbajal v. State, 75 So. 3d 258 (Fla.

2011); Baker v. State, 878 So. 2d 1236 (Fla. 2004); State v. Anderson, 537 So. 2d 1373

(Fla. 1989); DuBoise v. State, 520 So. 2d 260 (Fla. 1988); State v. King, 426 So. 2d 12

(Fla. 1982); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); State v. Broom, 523

So. 2d 639 (Fla. 2d DCA 1988); Farrell v. State, 62 So. 3d 20 (Fla. 1st DCA 2011);

Branch v. State, 990 So. 2d 585 (Fla. 3d DCA 2008); Thier v. State, 967 So. 2d 259

(Fla. 3d DCA 2007); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA 2002).

LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.